*19-03621*

FILED
WILKES-BARRE, PA
2019 SEP -6 PM 12: 05
U.S. BANKRUPTCY COURT

Certificate Number: 14751-PAM-CC-033331919

14751-PAM-CC-033331919

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 31, 2019</u>, at <u>1:22</u> o'clock <u>PM PDT</u>, <u>SEAN M BING</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Middle District of Pennsylvania</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>August 31, 2019</u>          By:   <u>/s/AMEY AIONO</u>

                              Name:   <u>AMEY AIONO</u>

                              Title:   <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).