UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

SEAN M BING

    Respondent(s)

CHAPTER 13

CASE NO: 5-19-03621-RNO

### TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on September 12, 2019, Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on August 27, 2019.

2. The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).
   - Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
   - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
   - CHAPTER 13 PLAN

In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

Case Number: 5-18-03581-JJT
Counsel: PRO SE
Filing Date: 08/28/18    Date Dismissed: 10/02/18
Total Payments: $0.00    Chapter: 13
Result: Dismissed for failure to file information

Case Number: 5-17-04405-JJT
Counsel: PRO SE
Filing Date: 10/23/17    Date Dismissed: 11/27/17
Total Payments: $0.00    Chapter: 13
Result: Dismissed for failure to file information

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of two (2) prior Chapter 13 petitions within a two (2) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of conference, and/or hearing and other instructions are included with this Motion to Dismiss with

Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

    Respectfully submitted,
Agatha R. McHale, Esquire
Id:  47613
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:   (717) 566-6097
Email: amchale@pamd13trustee.com

| | |
|---|---|
| IN RE: SEAN M BING | CHAPTER 13 |
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | CASE NO: 5-19-03621-RNO |
| Movant | MOTION TO DISMISS WITH PREJUDICE |

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss with Prejudice for failure to file:

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | | |
|---|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 S. Main Street<br>Wilkes Barre, PA | Date:<br><br>Time: | October 23, 2019<br><br>09:30 AM |

Objections/responses are due on or before September 26, 2019. The hearing as scheduled will be held regardless of any objections or responses having been filed.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:  (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated:   September 12, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:     SEAN M BING | CHAPTER 13 |
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | CASE NO: 5-19-03621-RNO |
| Movant | MOTION TO DISMISS WITH PREJUDICE |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 12, 2019, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PRO SE
,
                                                SERVED ELECTRONICALLY

United States Trustee
228 Walnut Street
Suite 1190                                         SERVED ELECTRONICALLY
Harrisburg, PA   17101

SEAN M BING
149 BON SHER DRIVE
TANNERSVILLE, PA   18372             SERVED BY 1ST CLASS MAIL

                                                Respectfully submitted,
                                                <u>Vickie Williams</u>
                                                for Charles J. DeHart, III, Trustee
                                                Suite A, 8125 Adams Dr.
                                                Hummelstown, PA   17036
                                                Phone:   (717) 566-6097
                                                eMail: [dehartstaff@pamd13trustee.com](mailto:dehartstaff@pamd13trustee.com)

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: SEAN M BING

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-19-03621-RNO

vs.

SEAN M BING

MOTION TO DISMISS WITH PREJUDICE

    Respondent(s)

### ORDER DISMISSING CASE WITH PREJUDICE

    Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.