UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

vs.

SEAN M BING

CASE NO: 5-19-03621-RNO

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on September 12, 2019, Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his attorney Agatha R. McHale, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on August 27, 2019.

2. The Debtor(s) did not comply with the Credit Counseling requirements of 11 U.S.C. Sections 109(h) and 521(b).

3. In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:
   Case Number: 5-18-03581-JJT
   Counsel: PRO SE
   Filing Date: 08/28/18     Date Dismissed: 10/02/18
   Total Payments: $0.00     Chapter: 13
   Result: Dismissed for failure to file information
   _____

   Case Number: 5-17-04405-JJT
   Counsel: PRO SE
   Filing Date: 10/23/17     Date Dismissed: 11/27/17
   Total Payments: $0.00     Chapter: 13
   Result: Dismissed for failure to file information
   _____

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of two (2) prior Chapter 13 petitions within a two (2) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of conference, and/or hearing and other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
   1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

        Respectfully submitted,
        Agatha R. McHale, Esquire
        Id: 47613
        Attorney for Trustee
        Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        Phone: (717) 566-6097
        Email: amchale@pamd13trustee.com

| | |
|---|---|
| IN RE: SEAN M BING | CHAPTER 13 |
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | CASE NO: 5-19-03621-RNO |
| Movant | MOTION TO DISMISS WITH PREJUDICE |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 12, 2019, I served a copy of this Motion to Dismiss with Prejudice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| PRO SE<br>, | SERVED ELECTRONICALLY |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA   17101 | SERVED ELECTRONICALLY |
| SEAN M BING<br>149 BON SHER DRIVE<br>TANNERSVILLE, PA   18372 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   September 12, 2019

Respectfully submitted,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SEAN M BING

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-19-03621-RNO

vs.

SEAN M BING

MOTION TO DISMISS WITH PREJUDICE

Respondent(s)

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.