FILED
WILKES-BARRE, PA /MM/
2019 SEP 12 AM 10: 17
CLERK
U.S. BANKRUPTCY COURT

9/10/19

To Whom It May Concern,

I Sean M. Bing, Case # 5:19-bk-03621 would like to request an extension to gather my information to complete my file. I have been very busy w/school & working. May I please have a extension of 30 days. School during day & working past midnight. I would appreciate the extra time.

Thank-You
Sean M. Bing