```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03621-RNO
Sean M Bing                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: LyndseyPr          Page 1 of 1          Date Rcvd: Sep 23, 2019
                         Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/PDF: sean1ne77@gmail.com Sep 23 2019 19:04:21     Sean M Bing,   149 Bon Sher Drive,
          Tannersville, PA 18372-7739
                                                                                                                                                                                   TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                 TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2019 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James   Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee Et
          Al... bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                                   TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SEAN M. BING

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5-19-bk-03621 RNO |
| Document No.: | 16 |
| Nature of Proceeding: | Motion to Extend Time |

**ORDER**

After due consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents Required by F.R.B.P. 1007(b) filed to Docket No. 16, it is

ORDERED that the Motion is GRANTED; and,

FURTHER ORDERED that the Debtor is allowed thirty (30) days from the date of this Order to file all remaining schedules, statements and other documents as required.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

September 23, 2019

Order – Blank without Parties - Revised 04/18