```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 19-03621-RNO
Sean M Bing                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5        User: LyndseyPr        Page 1 of 1             Date Rcvd: Sep 27, 2019
                            Form ID: ntnew341      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2019.
```
5239117        +DEUTCHE BANK NA,    12650 INGENUITY DRIVE,    ORLANDO FL 32826-2703
5239118        +KML GROUP PC,    701 MARKET STREET, SUITE 5000,    PHILADELPHIA PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: sean1ne77@gmail.com Sep 27 2019 19:20:00      Sean M Bing,    149 Bon Sher Drive,
                 Tannersville, PA 18372-7739
5239116        +E-mail/Text: jennifer.chacon@spservicing.com Sep 27 2019 19:21:56
                 SELECT PORTFOLIO SERVICING, INC.,    PO BOX 65250,    SALT LAKE CITY  UT 84165-0250
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5239115*       +SEAN M BING,    149 BON SHER DRIVE,    TANNERSVILLE, PA 18372-7739
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et
               Al... bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Sean M Bing, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 5:19–bk–03621–RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: November 18, 2019 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 27, 2019 |

ntnew341 (04/18)