```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 19-03621-RNO
Sean M Bing                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: LyndseyPr      Page 1 of 1      Date Rcvd: Oct 23, 2019
                        Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/PDF: sean1ne77@gmail.com Oct 23 2019 19:15:27     Sean M Bing,   149 Bon Sher Drive,
            Tannersville, PA 18372-7739
                                                                                                                                                                          TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James   Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee Et
           Al... bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                       TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SEAN M. BING

| | |
|---|---|
| Chapter: | 13 |
| Case No.: | 5-19-bk-03621 RNO |
| Document No.: | 14 |
| Nature of Proceeding: | Motion to Dismiss Case with Prejudice |

**ORDER**

After due consideration of the Chapter 13 Trustee's Motion to Dismiss Case for Failure to File Schedules, Statements or Plan with Prejudice ("Motion") filed to Docket No. 14, after hearing held on October 23, 2019, it is

ORDERED that the hearing on the Motion is CONTINUED to November 22, 2019, at 9:30 a.m., in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

October 23, 2019

Order – Blank without Parties  - Revised 04/18

Case 5:19-bk-03621-RNO    Doc 23    Filed 10/25/19    Entered 10/26/19 00:36:30    Desc
Imaged Certificate of Notice    Page 2 of 2