```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                              Case No. 19-03621-RNO
Sean M Bing                                                         Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5        User: LyndseyPr          Page 1 of 1          Date Rcvd: Nov 07, 2019
                            Form ID: ntnew341        Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
```
5239117        +DEUTCHE BANK NA,    12650 INGENUITY DRIVE,    ORLANDO FL 32826-2703
5239118        +KML GROUP PC,    701 MARKET STREET, SUITE 5000,    PHILADELPHIA PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db             +E-mail/PDF: sean1ne77@gmail.com Nov 07 2019 19:09:23     Sean M Bing,    149 Bon Sher Drive,
                 Tannersville, PA 18372-7739
5266695         E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 19:09:59
                 Deutsche Bank National Trust Company, et al,   c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
5239116        +E-mail/Text: jennifer.chacon@spservicing.com Nov 07 2019 19:09:59
                 SELECT PORTFOLIO SERVICING, INC.,    PO BOX 65250,    SALT LAKE CITY  UT 84165-0250
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5239115*       +SEAN M BING,    149 BON SHER DRIVE,    TANNERSVILLE, PA 18372-7739
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et
               Al... bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Sean M Bing,

    **Debtor 1**

Chapter 13

Case No. 5:19–bk–03621–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: December 16, 2019<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: November 7, 2019 |

ntnew341 (04/18)