```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-03621-RNO
Sean M Bing                                                         Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: LyndseyPr          Page 1 of 1           Date Rcvd: Nov 22, 2019
                              Form ID: pdf010          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
5239117        +DEUTCHE BANK NA,    12650 INGENUITY DRIVE,    ORLANDO FL 32826-2703
5239118        +KML GROUP PC,    701 MARKET STREET, SUITE 5000,    PHILADELPHIA PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: sean1ne77@gmail.com Nov 22 2019 19:06:10     Sean M Bing,    149 Bon Sher Drive,
                 Tannersville, PA 18372-7739
5266695         E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2019 19:06:46
                 Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
5239116        +E-mail/Text: jennifer.chacon@spservicing.com Nov 22 2019 19:06:46
                 SELECT PORTFOLIO SERVICING, INC.,    PO BOX 65250,    SALT LAKE CITY  UT 84165-0250
                                                                                               TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5239115*       +SEAN M BING,    149 BON SHER DRIVE,    TANNERSVILLE, PA 18372-7739
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee Et
               Al... bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SEAN M BING<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-19-03621-RNO |
| vs. | |
| SEAN M BING<br><br>Respondent(s) | MOTION TO DISMISS WITH PREJUDICE |

### ORDER

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to File Documents (Plan, 122C-1, and 122C-2), after hearing held on November 22, 2019, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this Order without prior court order.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: November 22, 2019

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)